USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSEPH PATTERSON,

                Petitioner,

-against-

LOUIS PINGOTTI,

                Respondent.

-----------------------------------------------------------X

16 **CIVIL** 4259 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 5, 2021, having carefully reviewed the R&R and the underlying record, the Court finds no error, clear or otherwise. The R&R is adopted as the opinion of the Court, and the petition for a writ of habeas corpus is DENIED. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:** New York, New York
        April 6, 2021

                                        **RUBY J. KRAJICK**

                                        Clerk of Court

**BY:**

                                        Deputy Clerk